**Electronically Filed**
**Supreme Court**
**SCCQ-11-0000747**
**28-NOV-2011**
**12:29 PM**

NO. SCCQ-11-0000747

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

BERT VILLON and MARK APANA, Plaintiffs,

vs.

MARRIOTT HOTEL SERVICES, INC., dba WAILEA MARRIOTT RESORT, Defendant.

--------------------------------------------------------------------

RENELDO RODRIGUEZ and JOHNSON BASLER, on behalf of themselves and all others similarly situated, Plaintiffs,

vs.

STARWOOD HOTELS & RESORTS WORLDWIDE, INC., dba WESTIN MAUI RESORT & SPA, Defendant.

---

ORIGINAL PROCEEDING

ORDER
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Upon consideration of the plaintiffs' motion for reconsideration of the November 8, 2011 ruling on the certified question, it appears that the motion for reconsideration -- filed on November 21, 2011 -- was not filed within 10 days after the filing of the November 8, 2011 ruling. See HRAP 40(a) ("A motion for reconsideration may be filed by a party only within 10 days after the filing of the opinion, dispositional order, or ruling

unless by special leave additional time is granted during such period by a judge or justice of the appellate court involved.").
Therefore,

IT IS HEREBY ORDERED that the motion for reconsideration is denied as untimely.

DATED: Honolulu, Hawaiʻi, November 28, 2011.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

